No. 83–6486. LUCAS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–6488. BROWN v. EVANS ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6497. WASHINGTON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 83–6503. CARLOCK v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 83–6512. COLUMBO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–6513. MCDONALD v. LEECH, ATTORNEY GENERAL OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6526. ASHLEY v. GRANT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 83–6537. HOLLAND v. OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–6545. PAYTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–6546. MILLER v. CUYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 83–6551. MA v. FIRST NATIONAL CORPORATION OF APPLETON ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6584. GARTH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6587. SCHRONCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6593. RODRIQUEZ-MORA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6600. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.